[illegible] USA, Inc

PO Box 1259
[illegible] PA [illegible]-1259
[illegible] Tel
[illegible] Fax

# Invoice

| Date | Invoice # |
|---|---|
| [illegible] 2007 | 552 |

| Bill To | Ship To |
|---|---|
| [illegible] WINE SALES OF NEW JERSEY, INC<br>[illegible] ST<br>[illegible]<br>[illegible] TEL<br>[illegible] FAX | GALLO WINE SALES OF NEW JERSEY, INC<br>520 DIVISION ST<br>ELIZABETH, NJ 07201<br>908-289-8000 TEL<br>908-368-8105 FAX |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B | Project |
|---|---|---|---|---|---|---|
| [illegible] | Net [illegible] | | 11/07/2007 | LCL | | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| [illegible] | [illegible] | OLIFANT VODKA 1.0 L (12 PACK) | 45.00 | 6,300.00 |
| [illegible] | [illegible] | OLIFANT VODKA 1.75 L (6 PACK) | 30.00 | [illegible] |
| | | SHIP IN 20FT CONTAINER | | |
| | | PLEASE NOTIFY BROKER ON ALL DOCS | | |

[illegible] CONTAINER LINES (E.L) FOR SHIPPING

**Total** $16,860.00

EXHIBIT 1

[illegible]

PO Box 1259
[illegible] Hill, PA 1700[illegible]-1259
[illegible] Tel
[illegible] Fax

# Invoice

| Date | Invoice # |
|---|---|
| [illegible] | [illegible] |

| Bill To |
|---|
| [illegible] |

| Ship To |
|---|
| STOLLER WHOLESALE<br>3325 MT. PROSPECT RD<br>FRANKLIN PARK, IL [illegible] |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| [illegible] | [illegible] | DW | 01-06-2008 | ALBATRANS | | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| [illegible] | [illegible] | [illegible] VODKA 1.75 L (6 PACK) - 192723 | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] VODKA 750 ML (12-PACK) - 230509 | 39.00 | 13,650.00 |
| [illegible] | [illegible] | [illegible] VODKA 1.0 L (12 PACK) - 230409 | [illegible] | 840.00 |
| | | PLEASE COPY BROKER ON ALL DOCUMENTS | | |

**Total** $21,090.00

[illegible]LIFANT U.S.A. Inc

P O BOX 1259
CAMP HILL, PA 17001-1259
[illegible]-996-6297 Tel
[illegible]-975-0271 Fax

# Invoice

| Date | Invoice # |
|---|---|
| [illegible] 2008 | [illegible] |

**Bill To**

[illegible] [illegible]ECTION LTD
[illegible]

**Ship To**

MONSIEUR SELECTION LTD
C/O HANOVER WHAREHOUSE
100 CENTRAL AVE
KEARNY, NJ 07032

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| [illegible] | [illegible] | | 05/30/2008 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| [illegible] | [illegible] | OLIFANT VODKA 1.75 L (6 PACK) - 192723 | [illegible] | 12,870.00 |
| [illegible] | [illegible] | OLIFANT VODKA 1.0 L (12 PACK) - 230409 | [illegible] | 8,610.00 |
| [illegible] | [illegible] | OLIFANT VODKA 750 ML (12-PACK) - 230509 | [illegible] | 22,960.00 |
| [illegible] | [illegible] | OLIFANT VODKA 200ML (48-PACK) - 246189 | [illegible] | [illegible] |
| [illegible] | [illegible] | OLIFANT DRY GIN- 90 PROOF- 750ML (6-PACK) - 281001 | [illegible] | [illegible] |
| [illegible] | [illegible] | OLIFANT CITRON 750ML (12-PACK) - 110609 | [illegible] | 574.00 |
| [illegible] | [illegible] | OLIFANT VANILLA 750ML (12-PACK) - 250102 | [illegible] | 574.00 |
| [illegible] | [illegible] | OLIFANT RASPBERRY 750ML (12-PACK) - 250202 | [illegible] | 574.00 |
| [illegible] | [illegible] | OLIFANT ORANGE 750ML (12-PACK) - 250302 | [illegible] | 574.00 |

→ NOT SHIPPED (too small quantities)

| | Total | $49,215.00 |
|---|---|---|

GILANT USA, Inc

P.O. BOX 1259
CAMP HILL, PA 17001-1259
[illegible]-996-6207 Tel
[illegible]-975-[illegible] Fax

# Invoice

| Date | Invoice # |
|---|---|
| 05/15/2008 | 642 |

| Bill To | Ship To |
|---|---|
| [illegible] DISTRIBUTORS, INC<br>[illegible]<br>[illegible] INDUSTRIAL PKWY<br>[illegible] | EMPIRE DISTRIBUTORS, INC<br>3755 ATLANTA INDUSTRIAL PKWY<br>ATLANTA GA 30331-[illegible] |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B | Project |
|---|---|---|---|---|---|---|
| | Net [illegible] | | 05/30/2008 | WSSA | | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 3[illegible]6 | [illegible] | GILANT VODKA 1.75 L (6 PACK) - 192723 | 43.00 | 17,028.00 |
| [illegible] | [illegible] | GILANT VODKA 750 ML (12-PACK) - 230509 | 44.00 | 3,080.00 |

**Total** $20,1[illegible]8.00

[illegible]IFANT USA, Inc

P.O. BOX 1259
CAMP HILL, PA 17001-1259
[illegible]-606-6297 Tel
[illegible]-975-0271 Fax

# Invoice

| Date | Invoice # |
|---|---|
| [illegible] | [illegible] |

| Bill To |
|---|
| [illegible] WINE & SPIRITS<br>[illegible] RD<br>[illegible] MA [illegible] |

| Ship To |
|---|
| COMMONWEALTH WINE & SPIRITS<br>26 MIDDLESEX RD<br>MANSFIELD MA 02048<br>508-261-9300 [illegible]<br>508-261-[illegible] FAX |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B | Project |
|---|---|---|---|---|---|---|
| [illegible] | Net [illegible] | | 05/30/2008 | J T HILLEBR... | | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| [illegible] | [illegible] | OLIFANT CITRON 1L (12-PACK) - 110501 | 45.00 | [illegible] |
| [illegible] | [illegible] | OLIFANT VANILLA 1L (12-PACK) - 250101 | 45.00 | 2,520.00 |
| [illegible] | [illegible] | OLIFANT RASPBERRY 1L (12-PACK) - 250201 | 45.00 | 3,780.00 |
| [illegible] | [illegible] | OLIFANT VODKA 1.0 L (12 PACK) - 250409 | 45.00 | 9,000.00 |
| [illegible] | [illegible] | OLIFANT VODKA 1.75 L (6 PACK) - 192723 | 45.00 | 9,720.00 |
| [illegible] | [illegible] | OLIFANT RASPBERRY 750ML (12-PACK) - 250202 | 45.00 | 1,260.00 |
| [illegible] | [illegible] | OLIFANT CITRON 750ML (12-PACK) - 110609 | 45.00 | 630.00 |

→ Not shipped (too small quantities)

| | |
|---|---|
| **Total** | $31,950.00 |

# Invoice

[illegible] USA, Inc
PO Box 1259
Camp Hill, PA 1700[illegible]-1259
[illegible]16-996-620[illegible] Tel
[illegible]-975-[illegible] Fax

| Date | Invoice # |
|---|---|
| [illegible]2008 | 578 |

| Bill To | Ship To |
|---|---|
| [illegible] | LIPMAN BROTHERS INC<br>411 GREAT CIRCLE RD<br>NASHVILLE, TN 3[illegible]228<br>615-244-22[illegible]0 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| [illegible] | [illegible] | | 01/23/2008 | J F HILLEBR... | | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| [illegible] | [illegible] | OLIFANT VODKA 1.75 L (6 PACK) - 192793 | 24.48 | 9,694.08 |
| [illegible] | [illegible] | OLIFANT VODKA 750 ML (12-PACK) - 230509 | 72.00 | 4,032.00 |

**Total** $13,726.08

[illegible] USA, Inc.

P.O. Box 1259
Camp Hill, PA 17001-1259
716-996-6207 Tel
208-975-0271 Fax

[528]- [69484]

# Invoice

| Date | Invoice # |
| --- | --- |
| 01/15/2008 | 579 |

**Bill To**

[illegible] BARTON, INC
[illegible] PARK ROAD
[illegible]
[illegible]

**Ship To**

BRESCOME-BARTON, INC
69 DEFCO PARK ROAD
NORTH HAVEN, CT 06473
USA

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
| --- | --- | --- | --- | --- | --- | --- |
| [illegible] | Net 30 | | 01/23/2008 | MAERSK LINE | | |

| Quantity | Item Code | Description | Price Each | Amount |
| --- | --- | --- | --- | --- |
| 396 | [illegible] | OLIFANT VODKA 1.75 L (6 PACK) - 192723 | 40.00 | 15,840.00 |
| 56 | [illegible] | OLIFANT VODKA 750 ML (12-PACK) - 230509 | 45.00 | 2,520.00 |
| | | PLEASE NOTIFY YVONNE TIENKEN YTIENKEN@BRESCOMEBARTON.COM ON ALL DOCUMENTS | | |

| | |
| --- | --- |
| **Total** | $18,360.00 |

[illegible] Inc
P.O. Box 1259
[illegible], PA 170[illegible]-1259
[illegible] Tel
[illegible] Fax

# Invoice

| Date | Invoice # |
|---|---|
| [illegible]/21/2008 | 585 |

**Bill To**
[illegible] BROTHERS LIQUOR CO
[illegible] RD
[illegible] MN 55[illegible]

**Ship To**
JOHNSON BROTHERS LIQUOR CO
1999 SHEPARD RD
ST. PAUL, MN 55[illegible]
651-649-5800
651-649-5894

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| [illegible] | Net 30 | | 01/30/2008 | J F HILLEBR... | | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| [illegible] | [illegible] | OLIFANT VODKA 1.0 L (12 PACK) - 230409 | 41.80 | [illegible] |
| [illegible] | [illegible] | OLIFANT VODKA 1.75 L (6 PACK) - 192723 | 53.04 | 11,052.[illegible] |
| | | PLEASE COPY MIKE FITCH MFITCH@JOHNSONBROTHERS.COM ON ALL DOCUMNETS | | |

**Total** $[illegible]

# Invoice

OLIFANT USA, Inc

P O BOX 1259
CAMP HILL PA 17001-1259
916-996-6207 Tel
208-975-0271 Fax

| Date | Invoice # |
| --- | --- |
| 02.13.2008 | [illegible] |

**Bill To**

EMPIRE DISTRIBUTORS, INC
ATTN: [illegible]
[illegible] INDUSTRIAL PKWY
[illegible]

**Ship To**

EMPIRE DISTRIBUTORS, INC
3755 ATLANTA INDUSTRIAL PKWY
ATLANTA GA 30331-1027

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
| --- | --- | --- | --- | --- | --- | --- |
| [illegible] | Net 30 | | 02.18.2008 | WSSA | | |

| Quantity | Item Code | Description | Price Each | Amount |
| --- | --- | --- | --- | --- |
| [illegible] | [illegible] | OLIFANT VODKA 1.75 L (6 PACK) - 192723 | 43.00 | 17,028.00 |
| 70 | [illegible] | OLIFANT VODKA 750 ML (12-PACK) - 230509 | 44.00 | 3,080.00 |
| | | PLEASE COPY MELISSA SANDERS<br>MELISSA@SHAPIRO.COM ON ALL DOCUMENTS | | |

**Total** $20,108.00

OLIFANT USA, Inc

PO BOX 1259
CAMP HILL, PA 17001-1259
716-996-6207 Tel
208-975-0271 Fax

# Invoice

| Date | Invoice # |
|---|---|
| 12/26/2008 | 603 |

| Bill To | Ship To |
|---|---|
| GALLO WINE SALES OF NEW JERSEY, INC<br>520 DIVISION ST.<br>ELIZABETH, NJ 07201<br>908-289-8000 TEL<br>908-368-8105 FAX | GALLO WINE SALES OF NEW JERSEY, INC<br>520 DIVISION ST.<br>ELIZABETH, NJ 07201<br>908-289-8000 TEL<br>908-368-8105 FAX |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| [illegible] | Net 30 | | 03-03-2008 | LCL | | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| [illegible] | [illegible] | OLIFANT VODKA 750 ML (12-PACK) - 230509 | 40.54 | 2,837.80 |
| [illegible] | [illegible] | OLIFANT VODKA 1.0 L (12 PACK) - 230409 | 45.00 | 2,250.00 |
| 35 | [illegible] | OLIFANT CITRON 1L (12-PACK) - 110501 | 45.00 | 1,575.00 |
| [illegible] | [illegible] | OLIFANT VANILLA 1L (12-PACK) - 250101 | 45.00 | 2,250.00 |
| [illegible] | [illegible] | OLIFANT ORANGE 1L (12-PACK) - 250301 | 45.00 | 225.00 |
| [illegible] | [illegible] | OLIFANT VODKA 1.75 L (6 PACK) - 192723 | 34.00 | 10,472.00 |
| | | COPY GRACE HOFFMAN : GRACE.HOFFMAN@KUEHNE-NAGEL.COM ON ALL DOCUMENTS | | |

PLEASE USE INDEPENDANT CONTAINER LINES (ICL) FOR SHIPPING.

**Total** $19,609.80

# Invoice

[illegible] USA, Inc
P.O. BOX 125[illegible]
CAMP HILL, PA 17001-1259
[illegible] Tel
[illegible] Fax

| Date | Invoice # |
|---|---|
| 03/04/2008 | [illegible] |

| Bill To |
|---|
| [illegible] |

| Ship To |
|---|
| FP WINNER<br>7001-A QUAD AVE<br>BALTIMORE, MD 2123[illegible]<br>410-646-5500 TEL<br>410-646-6464 FAX |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B | Project |
|---|---|---|---|---|---|---|
| [illegible] | [illegible] | | 03/21/2008 | ALBATRANS | | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| [illegible] | [illegible] | OLIFANT VODKA 750 ML (12-PACK) - 230509 | 30.42 | 3,52[illegible] |
| [illegible] | [illegible] | OLIFANT VODKA 1.0 L (12 PACK) - 230409 | 44.44 | 6,221.60 |
| [illegible] | [illegible] | OLIFANT VODKA 1.75 L (6 PACK) - 192723 | 38.78 | [illegible],944.24 |

| | |
|---|---|
| **Total** | $21,695.24 |

OLIFANT USA, Inc

PO BOX 1259
[illegible]AMP HILL, PA 17001-1259
[illegible]-996-6207 Tel
[illegible] Fax

# Invoice

| Date | Invoice # |
|---|---|
| 03/27/2008 | [illegible] |

| Bill To |
|---|
| [illegible] |

| Ship To |
|---|
| Hanover Warehouse<br>100 CENTRAL AVENUE, BUILDING 2[illegible]<br>SOUTH KEARNY, NJ 07032<br>U.S.A. |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| [illegible] | Net [illegible] | | 04/02/2008 | [illegible] | | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| [illegible] | [illegible] | OLIFANT VODKA 1.75 L (6 PACK) - 192723 | 15.90 | 6,296.40 |
| [illegible] | [illegible] | OLIFANT VODKA 750 ML (12-PACK) - 230509 | 13.80 | 1,076.40 |
| [illegible] | [illegible] | OLIFANT VODKA 1 LT (12 PACK) - 230409 | 15.60 | 1,092.00 |

**Total** $8,464.80

OLIFANT U.S.A. Inc

PO BOX 1259
CAMPBELL, PA 17001-1259
716-996-6207 Tel
208-975-0271 Fax

# Invoice

| Date | Invoice # |
|---|---|
| 04-03-2008 | [illegible] |

| Bill To | Ship To |
|---|---|
| OLIFANT USA<br>PO BOX 1259<br>CAMPBELL PA 17001-1259 | Hanover Warehouse<br>100 CENTRAL AVENUE, BUILDING 29<br>SOUTH KEARNY, NJ 07032<br>U.S.A. |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| [illegible] | [illegible] | | 04-08-2008 | LCL | | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 42[illegible] | [illegible] | OLIFANT VODKA 750 ML (12-PACK) - 230509 | [illegible]3.80 | 5,796.00 |
| 22[illegible] | [illegible] | OLIFANT VODKA 1.75 L (6 PACK) - 192723 | [illegible]5.90 | 3,498.00 |

5

PLEASE USE LESS THAN CONTAINER LINES (LCL) FOR SHIPPING.

**Total** $9,294.00

[illegible]IRANT USA Inc
[illegible] BOX 1259
[illegible] HILL, PA 17001-1259
[illegible]6-6207 Tel
[illegible]-0271 Fax

# Invoice

| Date | Invoice # |
|---|---|
| 05/19/2008 | [illegible] |

Bill To

[illegible]

Ship To

Hanover Warehouse
100 CENTRAL AVENUE, BUILDING [illegible]
SOUTH KEARNY, NJ [illegible]
USA

| [illegible] | Terms | Rep | Ship | Via | F.O.B | Project |
|---|---|---|---|---|---|---|
| | [illegible] | | 05/30/2008 | LCL | | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| [illegible] | [illegible] | [illegible]IRANT VODKA 1.75 L (6 PACK) - 192723 | 15.99 | 7,759.26 |
| [illegible] | [illegible] | [illegible]IRANT VODKA 1.0 L (12 PACK) - 230409 | 15.60 | [illegible] |
| [illegible] | [illegible] | [illegible]IRANT VODKA 750 ML (12-PACK) - 230509 | 13.80 | 2,898.00 |
| [illegible] | [illegible] | [illegible]IRANT VANILLA 1L (12-PACK) - 250101 | 18.36 | 1,285.20 |
| [illegible] | [illegible]5108[illegible] | [illegible]IRANT RASPBERRY 1L (12-PACK) - 250201 | 15.96 | 1,117.20 |
| [illegible] | [illegible]2100[illegible] | [illegible]IRANT CITRON 1L (12-PACK) - 110501 | 17.16 | 480.48 |

| | |
|---|---|
| **Total** | $17,908.08 |

# Invoice

Ship To

Hanover Warehouse
SOUTH HEARNS
U.S.A.

| Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|
| | 06/09/2008 | | | |

| Item Code | Description | Price Each | Amount |
|---|---|---|---|
| | 6-PACK | | |
| | 12-PACK | | |
| | 12-PACK | | |
| | VANILLA 12-PACK | | |
| | RASPBERRY 12-PACK | | |
| | ORANGE 12-PACK | | |

15 p.
2 p.
05 p.
1 p
1 p
1 p
10,5 p.

Total

31 165 59 45 23

# Invoice

OLIFANT U.S.A. Inc
PO BOX 1259
CAMP HILL, PA 17001-1259
[illegible]-996-6207 Tel
[illegible]-975-0271 Fax

| Date | Invoice # |
|---|---|
| 06/13/2008 | 6[illegible]8 |

| Bill To | Ship To |
|---|---|
| [illegible] | FP WINNER<br>7001-A QUAD AVE<br>BALTIMORE, MD 21237<br>410-646-5500 TEL<br>410-646-6464 FAX |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| [illegible] | Net 30 | | 06/30/2008 | ALBATRANS | | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 440 | [illegible] | OLIFANT VODKA 1.75 L (6 PACK) | 38.78 | 17,063.20 |

| | |
|---|---|
| **Total** | $17,063.20 |



# Invoice

[illegible] ANT [illegible] SA, inc
[illegible] BOX [illegible]259
[illegible] CAMP HILL, PA 17001-1259
[illegible]-6207 Tel
[illegible] 975-0271 Fax

| Date | Invoice # |
| --- | --- |
| [illegible] 2008 | 66[illegible] |

| Bill To | Ship To |
| --- | --- |
| GALLO WINE SALES OF NEW JERSEY, INC<br>[illegible]<br>[illegible]<br>[illegible]<br>[illegible] | GALLO WINE SALES OF NEW JERSEY, INC<br>520 DIVISION ST<br>ELIZABETH, NJ 07201<br>908-289-8000 TEL<br>908-368-8105 FAX |

| [illegible] | Terms | Rep | Ship | Via | F.O.B | Project |
| --- | --- | --- | --- | --- | --- | --- |
| [illegible] | [illegible] | | 07/29/2008 | LCL | | |

| Quantity | Item Code | Description | Price Each | Amount |
| --- | --- | --- | --- | --- |
| [illegible] | [illegible]750-12 | OLIFANT VODKA 750 ML (12-PACK) - 230509 | 40.54 | 1,702.68 |
| [illegible] | [illegible]750-12 | OLIFANT CITRON 750ML (12-PACK) - 110609 | 40.54 | 567.56 |
| [illegible] | [illegible] | OLIFANT ORANGE 1L (12-PACK) - 250301 | 45.00 | 630.00 |
| [illegible] | [illegible] | OLIFANT ORANGE 1L (12-PACK) - 250301 | 45.00 | 630.00 |
| [illegible] | [illegible]175-6 | OLIFANT VODKA 1.75 L (6 PACK) - 192723 | 34.00 | 13,464.00 |

[illegible] CONTAINER LINES (CL) FOR SHIPPING.

**Total** $16,994.24

OLIFANT U.S.A. Inc

PO BOX 1259
CAMP HILL, PA 17001-1259
[illegible]-996-6297 Tel
[illegible]8-975-0271 Fax

# Invoice

| Date | Invoice # |
|---|---|
| 08/15/2008 | 685 |

| Bill To | Ship To |
|---|---|
| [illegible] | Hanover Warehouse<br>100 CENTRAL AVENUE, BUILDING 17A<br>SOUTH KEARNY, NJ 07032<br>U.S.A. |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| 20[illegible] | Net 90 | | 08/25/2008 | LCL | | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 490 | 8[illegible]501750-12 | OLIFANT VODKA 750 ML (12-PACK) - 230509 | 13.80 | 6,762.00 |
| 105 | 8[illegible]502100-12 | OLIFANT CITRON 1L (12-PACK) - 110501 | 15.60 | 1,638.00 |
| 105 | 8[illegible]505100-12 | OLIFANT RASPBERRY 1L (12-PACK) - 250201 | 15.60 | 1,638.00 |
| [illegible] | 8[illegible]506100-12 | OLIFANT ORANGE 1L (12-PACK) - 250301 | 15.60 | 546.00 |
| 440 | 8[illegible]501175-6 | OLIFANT VODKA 1.75 L (6 PACK) - 192723 | 15.90 | 6,996.00 |

432 shipped

**Total** $17,580.00