IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WENNEKER DISTILLERIES, | ) |
| | ) |
| Plaintiff, | ) No. 1:11-CV-1010 |
| | ) |
| vs. | ) |
| | ) |
| OLIFANT USA INC., and | ) |
| DRINKS AMERICA, Inc. | ) |
| | ) |
| Defendants. | ) |

**AFFIDAVIT OF SERVICE OF COMPLAINT**

FILED ON BEHALF OF
Plaintiff(s)

COUNSEL OF RECORD OF
THIS PARTY:

SHAWN P. MCCLURE, ESQUIRE
PA ID #205951

JENNIFER L. TIS, ESQUIRE
PA ID #203751

Bernstein Law Firm, P.C.
Firm #718
Suite 2200 Gulf Tower
Pittsburgh, PA 15219
412-456-8100

**BERNSTEIN FILE NO. C0074797**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WENNEKER DISTILLERIES, | ) | |
| | ) | |
| Plaintiff, | ) | No. 1:11-CV-1010 |
| | ) | |
| vs. | ) | |
| | ) | |
| OLIFANT USA INC., and | ) | |
| DRINKS AMERICA, Inc. | ) | |
| | ) | |
| Defendants. | ) | |

## AFFIDAVIT OF SERVICE OF COMPLAINT

Before me, the undersigned authority, a notary public, in and for said County and Commonwealth, personally appeared Shawn P. McClure, Esquire, who being duly sworn according to law, deposes and says that he caused a true and correct copy of the Complaint to be served upon the Defendant, Drinks America via process server on June 7, 2011 as evidenced by a true and correct copy of the Proof of Service, attached hereto as Exhibit "1," respectively and made a part hereof.

_____
Shawn P. McClure, Esquire

Sworn to and subscribed
before me this _____
day of _____ 2011

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Linda Boyle, Notary Public
City Of Pittsburgh, Allegheny County
My Commission Expires Oct. 29, 2011
Member, Pennsylvania Association of Notaries