AO 440(Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 1:11-CV-1010

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for (*name of individual and title, if any*)    Drinks America, Inc

was received by me on (*date*)   June 2, 2011   .

[ ]   I personally served the summons on the individual at (*place*) _____

_____ on (*date*) _____ ; or

[ ]   I left the summons at the individual's residence or usual place of abode with (*name*) _____

_____, a person of suitable age and discretion who resides there, on   (*date*)

_____, and mailed a copy to the individual's last known address; or

[XX]   I served the summons on (*name of individual*)   Charles Davidson,Vice President

who is designated by law to accept service of process on behalf of (*name of organization*) Drinks

America, Inc. @ 372 Danbury Rd, on (*date*) 6/7/11 @ 1:45pm   ; or

Wilton, CT. 06897

[ ]   I returned the summons unexecuted because _____ ; or

[ ]   Other (*specify*):


My fees are $ _____ for travel and $_____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date:   June 9, 2011         _____
                                         *Server's signature*

                              Steven Matarazzo, Process Server
                              *Printed name and title*

                              105 Haddad Rd., Waterbury, CT. 06708
                              *Server's address*

Additional information regarding attempted service, etc:


370179
5/24/2011

EXHIBIT _____1_____