IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WENNEKER DISTILLERIES, | ) |
| | ) |
| Plaintiff, | )   No. 1:11-CV-1010 |
| | ) |
| vs. | ) |
| | ) |
| OLIFANT USA INC., and | ) |
| DRINKS AMERICA, Inc. | ) |
| | ) |
| Defendants. | ) |

**AFFIDAVIT OF SERVICE OF COMPLAINT**

FILED ON BEHALF OF
Plaintiff(s)

COUNSEL OF RECORD OF
THIS PARTY:

SHAWN P. MCCLURE, ESQUIRE
PA ID #205951

JENNIFER L. TIS, ESQUIRE
PA ID #203751

Bernstein Law Firm, P.C.
Firm #718
Suite 2200 Gulf Tower
Pittsburgh, PA 15219
412-456-8100

**BERNSTEIN FILE NO. C0074797**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WENNEKER DISTILLERIES, | ) | |
| | ) | |
| Plaintiff, | ) | No. 1:11-CV-1010 |
| | ) | |
| vs. | ) | |
| | ) | |
| OLIFANT USA INC., and | ) | |
| DRINKS AMERICA, Inc. | ) | |
| | ) | |
| Defendants. | ) | |

## AFFIDAVIT OF SERVICE OF COMPLAINT

Before me, the undersigned authority, a notary public, in and for said County and Commonwealth, personally appeared Shawn P. McClure, Esquire, who being duly sworn according to law, deposes and says that he caused a true and correct copy of the Complaint to be served upon the Defendant, Drinks America via process server on June 7, 2011 as evidenced by a true and correct copy of the Proof of Service, attached hereto as Exhibit "1," respectively and made a part hereof.

_____
Shawn P. McClure, Esquire

Sworn to and subscribed
before me this _____
day of _____ 2011

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Linda Boyle, Notary Public
City Of Pittsburgh, Allegheny County
My Commission Expires Oct. 29, 2011
Member, Pennsylvania Association of Notaries

AO 440(Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 1:11-CV-1010

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* Drinks America, Inc
was received by me on *(date)* June 2, 2011.

[ ] I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

[ ] I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

[X] I served the summons on *(name of individual)* Charles Davidson, Vice President who is designated by law to accept service of process on behalf of *(name of organization)* Drinks America, Inc. @ 372 Danbury Rd, Wilton, CT. 06897 on *(date)* 6/7/11 @ 1:45pm ; or

[ ] I returned the summons unexecuted because _____ ; or

[ ] Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: June 9, 2011

*Server's signature*

Steven Matarazzo, Process Server
*Printed name and title*

105 Haddad Rd., Waterbury, CT. 06708
*Server's address*

Additional information regarding attempted service, etc:

370179
5/24/2011

EXHIBIT 1