IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WENNEKER DISTILLERIES, | ) | |
| | ) | |
| Plaintiff, | ) | No. 1:11-CV-1010 |
| | ) | |
| vs. | ) | |
| | ) | |
| OLIFANT USA INC., and | ) | |
| DRINKS AMERICA, Inc. | ) | |
| | ) | |
| Defendants. | ) | |

**AFFIDAVIT OF SERVICE OF COMPLAINT**

FILED ON BEHALF OF
Plaintiff(s)

COUNSEL OF RECORD OF
THIS PARTY:

SHAWN P. MCCLURE, ESQUIRE
PA ID #205951

JENNIFER L. TIS, ESQUIRE
PA ID #203751

Bernstein Law Firm, P.C.
Firm #718
Suite 2200 Gulf Tower
Pittsburgh, PA 15219
412-456-8100

**BERNSTEIN FILE NO. C0074797**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WENNEKER DISTILLERIES, | ) | |
| | ) | |
| Plaintiff, | ) | No. 1:11-CV-1010 |
| | ) | |
| vs. | ) | |
| | ) | |
| OLIFANT USA INC., and | ) | |
| DRINKS AMERICA, Inc. | ) | |
| | ) | |
| Defendants. | ) | |

## AFFIDAVIT OF SERVICE OF COMPLAINT

Before me, the undersigned authority, a notary public, in and for said County and Commonwealth, personally appeared Shawn P. McClure, Esquire, who being duly sworn according to law, deposes and says that he caused a true and correct copy of the Complaint to be served upon the Defendant, Olifant USA Inc. via process server on July 14, 2011 as evidenced by a true and correct copy of the Proof of Service, attached hereto as Exhibit "1," respectively and made a part hereof.

_____
Shawn P. McClure, Esquire

Sworn to and subscribed
before me this 21th
day of July, 2011

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Brandi Tucci, Notary Public
City of Pittsburgh, Allegheny County
My Commission Expires Dec. 28, 2014
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES

# UNITED STATES DISTRICT COURT, MIDDLE DISTRICT OF PENNSYLVANIA

JUL 22 2011

**Wenneker Distilleries**

vs.

**Olifant USA Inc and Drinks America, Inc.**

Case No.: 1:11-CV-1010

AFFIDAVIT OF SERVICE

STATE OF CONNECTICUT
COUNTY OF NEW HAVEN       ss.

**Ryan Schutt**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of twenty-one and not a party to this action. I reside in the COUNTY OF NEW HAVEN.

That on **07/14/2011** at **5:53 PM**, Deponent served the within named **Olifant USA Inc., c/o Paul Walraven** by giving a true copy of the **Summons in a Civil Action and Civil Complaint for Money Damages** to **Olifant USA Inc., c/o Paul Walraven** personally at **670 Town Hill Road, New Hartford, CT 06057**.

Description:

Sex: **Male** – Skin: **Caucasian** – Hair: **Brown** – Age: **60** – Height: **5'10"** – Weight: **180**

To the best of my knowledge and belief, said person was not engaged in the U.S. Military at the time of service.

The undersigned declares under penalty of perjury that the foregoing is true, correct and my free act and deed.

X _____
Ryan Schutt

Date: 7/19/11

Sworn to and subscribed before me this
this ___ day of July, 20 11
by an affiant who is personally known to me or produced identification.

_____
Notary Public
My Commission Expires: _____

PATRICIA J. FISHER
NOTARY PUBLIC
My Commission Expires June 30, 2015

Client File#:

*49458*

AO 440(Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 1:11-CV-1010

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* <u>Olifant USA, Inc. c/o Paul Walraven</u>
was received by me on *(date)* <u>July 14, 2011</u>.

[X] I personally served the summons on the individual at *(place)* <u>670 Town Hill Road, New Hartford, CT. 06057</u> on *(date)* <u>7/14/11 @ 5:53pm</u>; or

[ ] I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

[ ] I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

[ ] I returned the summons unexecuted because _____; or

[ ] Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: 7/19/11

*Server's signature*

Ryan Schutt, Process Server
*Printed name and title*

105 Haddad Rd., Waterbury, CT. 06708
*Server's address*

Additional information regarding attempted service, etc:

370179
5/24/2011