IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WENNEKER DISTILLERIES, | : | Case No. 1:11-cv-01010 |
| | : | |
| Plaintiff, | : | (Judge Brann) |
| | : | |
| v. | : | |
| | : | |
| OLIFANT USA, INC., and | : | |
| DRINKS AMERICA, INC., | : | |
| | : | |
| Defendants. | : | |

ORDER

AND NOW, this 16th day of July, 2013, counsel's motion to withdraw as representative of defendant Drinks America, Inc. (June 5, 2013, ECF No. 84) is GRANTED. See Buschmeier v. G&G Inv., Inc. 222 F. App'x 160 (3d Cir. 2007) ("[a] law firm is entitled to withdraw once the firm demonstrates that the ordinary rules of withdrawal have been met and its appearance serves no meaningful purpose"). Drinks America, Inc. is ORDERED and DIRECTED to cause new counsel to enter an appearance in this matter on or before August 15, 2013. This matter is stayed until August 15, 2013 or the date upon which new counsel for Drinks America, Inc. enters an appearance, whichever is earlier.

Counsel's motion for expedited adjudication (July 2, 2013, ECF No. 87) is DENIED. Justice knows no timetable.

Wenneker Distilleries's motion for an extension of time to complete discovery (July 12, 2013, ECF No. 88) is GRANTED. All deadlines in this matter are extended by the length of the stay plus 120 days.

The docket clerk shall attempt to have this ORDER delivered to the Drinks America, Inc. representative first served in this matter, Charles Davidson, Vice President, 372 Danbury Rd., Wilton CT, 06897, by first class mail.

                            BY THE COURT:

                            s/ Matthew W. Brann
                            Matthew W. Brann
                            United States District Judge