IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WENNEKER DISTILLERIES, | : | Case No. 1:11-cv-01010 |
| | : | |
| Plaintiff, | : | (Judge Brann) |
| | : | |
| v. | : | |
| | : | |
| OLIFANT USA, INC., and | : | |
| DRINKS AMERICA, INC., | : | |
| | : | |
| Defendants. | : | |

**ORDER**

AND NOW, this 3rd day of December, 2014, it is hereby ORDERED:

1.   Plaintiff's motion for default judgment (Nov. 5, 2014, ECF No. 112) is GRANTED.

2.   The Clerk of Court is directed to enter judgment in favor of plaintiff and against defendant Drinks America, Inc. in the amount of $228,748.62, plus 6% simple interest per annum.

3.   This action shall remain open as to all claims and parties in accordance with Fed. R. Civ. P. 54(b).

BY THE COURT:

s/ Matthew W. Brann
Matthew W. Brann
United States District Judge