IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WENNEKER DISTILLERIES, | : | Case No. 1:11-cv-01010 |
| | : | |
| Plaintiff, | : | (Judge Brann) |
| | : | |
| v. | : | |
| | : | |
| OLIFANT USA, INC., and | : | |
| DRINKS AMERICA, INC., | : | |
| | : | |
| Defendants. | : | |

**ORDER**
February 11, 2015

AND NOW, this 11th day of February, 2015, it is hereby ORDERED:

1. Defendant Drinks America, Inc's cross-claim against co-defendant Olifant USA, Inc. is DISMISSED with prejudice pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute.

2. The Clerk is directed to close the case file.

BY THE COURT:

s/ Matthew W. Brann
Matthew W. Brann
United States District Judge